# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

YONGXIANG ZHU,

        Plaintiff,

v.

PAM BONDI, et al.,

        Defendants.

No. 2:25-cv-05061-JAK (SKx)

**ORDER RE ORDER TO SHOW CAUSE RE MOOTNESS (DKT. 15)**

1

On December 22, 2025, Defendants filed a Status Report and Notice of Mootness ("Notice"). Dkt. 14. Through the Notice, Defendants represented that Plaintiff has been granted the immigration status sought through this action. *Id.* at 1. To permit Plaintiff the opportunity to address this assertion, on January 13, 2026, the Court *sua sponte*, ordered Plaintiff to show cause in writing no later than January 26, 2026, why the action is not moot in light of the Notice (the "Order to Show Cause"). Dkt. 15. Plaintiff failed to respond to the Order to Show Cause by January 26, 2026.

Notwithstanding the foregoing procedural history, Plaintiff is provided with a final opportunity to show cause in writing no later than February 6, 2026, why this action is not moot in light of the Notice. If Plaintiff fails to respond by that date, the action will be dismissed as moot.

**IT IS SO ORDERED.**

Dated:  January 30, 2026

_____
John A. Kronstadt
United States District Judge